# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MARTIN,<br><br>                    Plaintiff,<br>vs.<br>NCO FINANCIAL SYSTEMS, INC.,<br><br>                    Defendant. | CASE NO. 09cv1372 WQH (AJB)<br><br>ORDER |

HAYES, Judge:

    IT IS HEREBY ORDERED that the Joint Motion for Dismissal With Prejudice, filed by all parties on August 17, 2009, is **GRANTED**. (Doc. # 9). Pursuant to Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE**.

DATED: August 18, 2009

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge